IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEANETTE DARLENE BARELA,

      **Plaintiff,**

      vs.                                                                        No. 13cv270 WJ/RHS

**CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,**

      **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS
### AND PROPOSED DISPOSITION AND ENTERING RULE 58 JUDGMENT

THIS MATTER comes before the Court on the Magistrate Judge's Analysis and Proposed Disposition (Doc. 31) regarding Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Docs. 20 & 30).  Objections were due on March 19, 2014 and none were timely filed.  After a de novo review, the Court concludes that the Magistrate Judge's Analysis and Proposed Disposition should be and hereby are adopted by the Court.

Consistent with the Magistrate Judge's Analysis, Plaintiff's Motion to Reverse and/or Remand for Rehearing (Docs. 20 & 30) is DENIED.

This is a Final Judgment pursuant to Fed. R. Civ. P. 58.

                                                                                     _____
                                                                          WILLIAM P. JOHNSON
                                                                          UNITED STATES DISTRICT JUDGE